1

2

3

4

5

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DAN DUY TRAN,                    )   NO. SACV 08-00346 PA (SS)
                                      )
12            Petitioner,             )
                                      )   **ORDER ADOPTING FINDINGS,**
13        v.                          )
                                      )   **CONCLUSIONS AND RECOMMENDATIONS**
14   RICHARD HERNANDEZ, Warden,       )
                                      )   **OF UNITED STATES MAGISTRATE JUDGE**
15                                    )
            Respondent.               )
16   _____)

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all of the records and files herein, the Magistrate Judge's Report and

20   Recommendation, and Petitioner's Objections.  After having made a de

21   novo determination of the portions of the Report and Recommendation to

22   which Objections were directed, the Court concurs with and adopts the

23   findings, conclusions and recommendations of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

Accordingly, IT IS ORDERED THAT:


1.  The Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.


2.  The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

DATED: February 21, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE