UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN DUY TRAN,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>JAMES WALKER, Warden,<br><br>　　　　　Respondent. | NO. SACV 08-00346 PA (SS)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 21, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Percy Anderson_
　　　　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE